IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v.                                    :          CRIMINAL NO. 19-367

JOSEPH R. JOHNSON, JR.           :

## MOTION FOR CERTIFICATE OF INNOCENCE

COMES NOW, Joe Johnson, hereinafter, "Johnson", and respectfully requests that the Court grant a Certificate of Innocence in this matter pursuant to 28 U.S.C. §2513, and in support thereof, he states:

1.      On November 14, 2019, following a three-day jury trial, Johnson was convicted by a jury in this court of allegedly making a material false statement, and of allegedly aiding and abetting Aggravated Identity Theft. Pursuant to sentencing guidelines, Johnson was sentenced to an 8-month term of imprisonment for the conviction of allegedly making a material false statement, and a consecutive 24 month term of imprisonment for allegedly aiding and abetting Aggravated Identity Theft. Johnson, through his counsel, noticed a timely appeal to the Third Circuit Court of Appeals.

2.      On November 23, 2021, in a precedential opinion, the Third Circuit reversed both of Johnson's convictions and remanded for an entry of a judgment of acquittal. *United States v. Joseph R. Johnson*, No. 20-1449, 2021 WL 5492600 (Nov. 23, 2021). In reversing, the Third Circuit held that "Johnson's behavior wasted public time and resources and distracted court officials from their work. But only Congress enjoys the authority to turn conduct into a federal crime." *Id*.

3.      Citing *United States v. Harra,* 985 F.3d 196, 211 (3d Cir. 2021), the Third Circuit went on to hold that, "To permit Johnson's conviction to stand, as we put it recently, "would be to endorse conviction merely for being bad - an outcome abhorrent to the tenet that, in our legal system, we convict people only of specific crimes." "We will not do so."

4.      On December 9, 2021, the Third Circuit issued a final judgment and mandate, and on January 4, 2022, in accordance with the November 23, 2021 opinion and the December 9, 2021 judgment of the United States Court of Appeals for the Third Circuit, this Court entered a judgment of acquittal. (ECF No. 134).

5.      Johnson having been declared by the Third Circuit as not having committed any offense against the United States, and recognizing his innocence of these false charges, pursuant to 28 U.S.C. §1495 and 28 U.S.C. §2513, request the issuance of a certificate of innocence with the judgment of acquittal stating that, based on the November 23, 2021 opinion and December 9, 2021 final judgment of the Court of Appeals for the Third Circuit, he is not guilty of violating the statutes that he was convicted of violating.

6.      Specifically, Johnson's convictions have been reversed by the Third Circuit on the ground that he was not guilty of the offenses of which he was convicted and his alleged conduct constituted no offense against the United States. Moreover, Johnson did not by misconduct or neglect cause or bring about his own prosecution. Rather, the prosecution was brought about by the Government in an attempt to turn Johnson's conduct into a federal crime against the United States, and as the Third Circuit succinctly put it, "only Congress enjoys the authority to turn conduct into a federal crime."

## CONCLUSION

For the reasons set-forth herein, the Court should grant this Motion.

Respectfully submitted,

_Joe Johnson_

Joe Johnson
Post Office Box 441572
Fort Washington, MD   20749

## CERTIFICATE OF SERVICE

I, Joe Johnson, hereby certify that on March 31, 2022, I mailed and caused the foregoing Motion for Certificate of Innocence to be electronically filed which will in turn serve a copy upon Linwood C. Wright, Jr., Assistant United States Attorney, through the District Court for the Eastern District of Pennsylvania's Electronic Case Filing (NextGen CM/ECF) system.

_Joe Johnson_

Joe Johnson

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v.                              :        CRIMINAL NO. 19-367

JOSEPH R. JOHNSON, JR.     :

## CERTIFICATE OF INNOCENCE

In accordance with the Order issued this date Granting the request for a certificate of innocence filed herein by Joe Johnson, hereinafter ("Johnson"), this Court hereby CERTIFIES the following:

(1)     Johnson was convicted of making a materially false statement, in violation of 18 U.S.C. §1001, and of aiding and abetting Aggravated Identity Theft, in violation of 18 U.S.C. §1028A in the above referenced case;

(2)     Johnson's convictions were reversed by the United States Court of Appeals for the Third Circuit on the ground that he was not guilty of the offense for which he was convicted as appears from the record of the court setting aside or reversing such conviction. *See United States v. Joseph R. Johnson*, No. 20-1449, 2021 WL 5492600 (Nov. 23, 2021).

(3)     The conviction was reversed on the ground that the evidence was insufficient to support the conviction and Johnson's conduct was not a federal crime.

(4)     The case was thus remanded with instructions that this court enter a Judgment of Acquittal;

(5)     Judgment of Acquittal was entered pursuant to the Mandate of the Third Circuit Court of Appeals on January 4, 2022, Document 134, 19-CR-00367-HB.

(6)     The alleged acts, deeds, or omissions of Johnson, in connection with the charges constituted no offense against the United States, or any State, Territory or the District of Columbia, and Johnson did not by his misconduct or neglect cause or bring about this prosecution; instead, the prosecution in this case was brought by the Government in a novel attempt to turn Johnson's conduct into a federal crime when, as the Third Circuit wrote in reversing the conviction, "only Congress enjoys the authority to turn conduct into a federal crime."

Entered on this _____ day of _____, 2022.

BY THE COURT:

_____
HONORABLE HARVEY BARTLE, III
Judge, United States District Court



P. O. Box 441572
Fort Washington MD 20749

Criminal Division
US District Court
601 Market Street
Philadelphia, PA 19106

U.S.M.S.
RECEIVED
APR 4 2022