| | |
|---|---|
| **From:** | jjohnson531@gmail.com |
| **Sent:** | Friday, May 13, 2022 12:05 PM |
| **To:** | PAED Documents |
| **Subject:** | USA v. JOHNSON - 2:19-cr-00367-HB |
| **Attachments:** | RISCOI.pdf |

**CAUTION - EXTERNAL:**

Pursuant to the  Standing Orders issued in response to the COVID-19 pandemic, please find attached for filing.

Thank you!

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.