IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOSEPH R. JOHNSON, JR. | : | NO. 19-367 |

## ORDER

AND NOW, this 19th day of May, 2022, it is hereby ORDERED that the motion of Joseph R. Johnson, Jr. to seal (Doc. # 139) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                     J.