IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  CRIMINAL ACTION
                          :
           v.             :
                          :
JOSEPH R. JOHNSON, JR.    :  NO. 19-367

ORDER

AND NOW, this  19th   day of May, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of Joseph R. Johnson, Jr. for a certificate of innocence (Doc. #138) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                    J.